THE PEOPLE OF THE STATE OF NEW YORK v. EVELYN HART.— Motion granted, upon condition that appellant procure the record on appeal and the appellant's points to be served and filed on or before October 19, 1928, with notice of argument for November 7, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN GOLDBERG.— Motion granted, on condition that the appellant procure the record on appeal and the appellant's points to be filed on or before November 1, 1928, with notice of argument for November 15, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

JAMES D. McCAULEY v. OBSCANSKA ZALOZNA V. KARLINE.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

JERRY J. VOGEL v. JOHN FRANKLIN MUSIC Co., INC., and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

PREMIUM POINT COMPANY v. RAYMOND D. WHITMORE.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of the Application of BENJAMIN OPPENHEIM to Resign as a Member of the Bar of the State of New York.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

ANGELO AMATULLI, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

EDWARD DAVIDOW and RUFUS LEMAIRE, INC., Appellants, v. GEORGE JESSEL, Respondent.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of the Estate of LAURA J. POST, Deceased.— Decree affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ. [132 Misc. 209.]

ANNA CUMMINS, Plaintiff, v. ANTHONY J. OBERLE, as Receiver, etc., Respondent, and ANTIQUE REALTY CORPORATION and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

SELMA SCHNEITZER, an Infant, etc., Appellant, v. JACOB ABRAHAM and Another, Defendants, Impleaded with SAMUEL OLIVER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

ABRAM SCHNEITZER, Appellant, v. JACOB ABRAHAM and Another, Defendants, Impleaded with SAMUEL OLIVER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.